**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Cardwell | Social Security number or ITIN   xxx–xx–8364 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Vanessa Cardwell | Social Security number or ITIN   xxx–xx–8152 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–19158–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Cardwell

Vanessa Cardwell
aka Vanessa G Brown

10/21/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 14-19158-MBK
John Cardwell                                                       Chapter 13
Vanessa Cardwell
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2              Date Rcvd: Oct 21, 2019
                               Form ID: 3180W             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db/jdb         +John Cardwell,    Vanessa Cardwell,    9 Meadowside Court,    Medford, NJ 08055-9348
514832664      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514832903     ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court:    Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
514768320      +Arrowood Indemnity/Tuitiongard,    Sunrise Credit Services,    Po Box 9100,
                 Farmingdale, NY 11735-9100
515034082      +Arrowood Indemnity/Tuitiongard,    Sunrise Credit Services, Inc.,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
514787675       Discover Student Loans,    PO BOX 6107,   Carol Stream, IL 60197-6107
514768325      +EdFinancial Services Llc,    120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
514866538      +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
514832904       Navient Solutions, Inc. on behalf of Educational,    Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
514967142      +Portland Associates, LLC,    c/o Jerrold S. Kulback, Esquire,    Archer & Greiner, PC,
                 One Centennial Square,    Haddonfield, NJ 08033-2374
514933939     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
518041880      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518041881      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514768330      +State Of New Jersey,    Division Of Taxation-Bankruptcy Section,    P.O. Box 245,
                 Trenton, NJ 08645-0001
514785416      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514768333      +Taunton Trace Homeowners Assoc,    Simone-Raynor,    1522 Route 38,    Cherry Hill, NJ 08002-2216
514782861      +Taunton Trace Homeowners Association,    c/o Simeone & Raynor, LLC,    The Harvard Law Building,
                 1522 Route 38,    Cherry Hill, NJ 08002-2216
514768334      +United Guaranty,    Williams & Fudge Inc,    300 Chatham Ave, Po Box 11590,
                 Rock Hill, SC 29731-1590
514768335      +Us Dept Of Ed-Direct Loans,    Po Box 5609,   Greenville, TX 75403-5609
514768336      +Wells Fargo Bank Na,    Zucker, Goldberg & Ackerman,    200 Sheffield St, Ste 101,
                 Moutainside, NJ 07092-2315
514896224      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 00:26:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 00:26:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514768321       EDI: BANKAMER.COM Oct 22 2019 03:58:00      Bank Of America,    Po Box 982235,
                 El Paso, TX  79998
514768322       EDI: CITICORP.COM Oct 22 2019 03:58:00      Citi Cards,    Po Box 183113,    Columbus, OH  43218
514768323      +EDI: CITICORP.COM Oct 22 2019 03:58:00      Citi Cards,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
514768324      +EDI: DISCOVERPL Oct 22 2019 03:58:00      Discover Personal Loans,    Po Box 30954,
                 Salt Lake City, UT 84130-0954
514768326      +EDI: RMSC.COM Oct 22 2019 03:58:00      Gemb/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
514768327      +EDI: IRS.COM Oct 22 2019 03:58:00      Internal Revenue Service,    Po Box 7346,
                 Philadelphia, PA 19101-7346
516390580      +EDI: Q3G.COM Oct 22 2019 03:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
516390579       EDI: Q3G.COM Oct 22 2019 03:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
514768329      +EDI: NAVIENTFKASMSERV.COM Oct 22 2019 03:58:00      Sallie Mae,    11100 USA Pkwy,
                 Fishers, IN 46037-9203
514768328      +EDI: NAVIENTFKASMSERV.COM Oct 22 2019 03:58:00      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
514768331      +EDI: DISCOVERSL.COM Oct 22 2019 03:58:00      Student Loan Corp,    Po Box 30948,
                 Salt Lake City, UT 84130-0948
514768332      +EDI: WTRRNBANK.COM Oct 22 2019 03:58:00      Target Card Services,    Po Box 660170,
                 Dallas, TX 75266-0170
515031118      +E-mail/Text: bankruptcygroup@ugcorp.com Oct 22 2019 00:27:15
                 United Guaranty Commercial Ins Co of NC,    PO Box 20327,    Greensboro, NC 27420-0327
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Oct 21, 2019
                                  Form ID: 3180W           Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517570381         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 22 2019 00:25:37
                  United Student Aid Funds, Inc. (USAF),   PO Box 8961,   Madison WI  53708-8961
514768337        +EDI: WFFC.COM Oct 22 2019 03:58:00      Wells Fargo Bank Na,   Po Box 3908,
                  Portland, OR 97208-3908
514897020        +EDI: WFFC.COM Oct 22 2019 03:58:00      Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                  MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                             TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm               Wells Fargo Bank, N.A,
cr*             +Taunton Trace Homeowners Association,   c/o Simeone & Raynor, LLC,   The Harvard Law Building,
                  1522 Route 38,   Cherry Hill, NJ 08002-2216
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Judith   Jennings    on behalf of Creditor    Taunton Trace Homeowners Association
               judithjennings@verizon.net,   dsimeone@srnjlawfirm.com
              Stephanie   Shreter    on behalf of Debtor John   Cardwell shreterecf@comcast.net,
               shreterlaw@gmail.com
              Stephanie   Shreter    on behalf of Joint Debtor Vanessa   Cardwell shreterecf@comcast.net,
               shreterlaw@gmail.com
                                                                                             TOTAL: 8
```